IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| L.B., a minor, through her mother and Next of kin, LYNETTE DASSINGER,<br><br>Plaintiff(s),<br><br>v.<br><br>HANOVER HIGHLANDS ELEMENTARY SCHOOL, and AMY THOMPSON, in her official Capacity, and SCHOOL DISTRICT 54, a Municipal Corporation.<br><br>Defendant(s). | Case No.<br><br>Judge<br><br><br><br>Jury Trial Demanded |

## COMPLAINT

NOW COME, Plaintiff L.B., a minor ("Plaintiff"), through her next of kin and mother, LYNETTE DASSINGER ("Plaintiff's Mother"), by and through their attorneys, Gregory E. Kulis & Associates, Ltd., to file this Complaint against Defendants, SCHOOL DISTRICT 54 ("Defendant District"), HANOVER HIGHLANDS ELEMENTARY SCHOOL ("Defendant School") and AMY THOMPSON ("Defendant Principal"), and allege as follows:

## NATURE OF THE ACTION

1. This is an action pursuant to Title VI of the 42 U.S.C.S. §2000d concerning Defendants' liability to L.B. for perpetuating a racially hostile educational environment.

## THE PARTIES

2. Plaintiff's Mother, Lyn Dassinger, is an individual residing in Schaumburg, Illinois and a citizen of the state of Illinois.

1

3. Plaintiff's Mother is the biological mother and primary guardian of L.B., who is currently six years old.

4. Defendant District provides transportation services for its students that meet certain criteria.

5. Defendant District's transportation department is located at 524 E. Schaumburg Road, Schaumburg, IL 60194.

6. Defendant School is a municipal corporation located in Hanover Park, Illinois.

7. Defendant Principal, Dr. Amy Thompson, is the current principal at Hanover Highlands Elementary School, and thereby is a resident of the State of Illinois.

8. Danielle Keller was L.B.'s kindergarten teacher, and an employee of Defendant School, at all relevant times.

9. Ashley Konicki is a social worker and guidance counselor at Defendant School.

10. Brittany Ciszewski is the Assistant Principal of Defendant School.

**JURISDICTION AND VENUE**

11. This Court has jurisdiction over the subject matter of this action under 28 U.S.C.S. §1331, Title VI of the 42 U.S.C.S. §2000d.

12. This Court has personal jurisdiction over Defendant District and Defendant School because both are domiciled in Illinois.

13. This Court has personal jurisdiction over Defendant Principal because she is domiciled in Illinois.

14. Venue in this district is proper under 28 U.S.C. § 1391(b)(1) because all Defendants reside or are located in this district.

**FACTS**

15. On all relevant dates, Plaintiff was attending Hanover Highlands Elementary School.

16. On all relevant dates, Plaintiff was being transported to and from school by one of Defendant District's buses.

17. On or about April 8, 2021, and at school, Plaintiff's classmate ("Student 1") punched her and called Plaintiff a "nigger." Student 1 also told Plaintiff to "get off [their] bus."

18. On or about April 13, 2021, a second classmate ("Student 2") of Plaintiff's punched her and stated something to the effect of "Black girl get out of our school."

19. Student 2 also called Plaintiff a "nigger" several times during the course of that April 13th interaction.

20. Student 2's battery of Plaintiff caused Plaintiff bruising and pain.

21. Plaintiff's Mother observed the resulting physical injuries on Plaintiff subsequent to the harassment and assault.

22. Additionally, Plaintiff informed Plaintiff's Mother about the harassment and the students involved.

23. As a result, Plaintiff's Mother called Defendant School on multiple occasions and reported the bullying and discrimination that Plaintiff experienced at school and on the bus.

24. Plaintiff's Mother informed L.B.'s teacher, Defendant School's social worker, Defendant School's assistant principal, and Defendant Principal of the racial harassment and violence L.B. was suffering at school and on the bus.

25. On April 15, 2021, a third classmate ("Student 3") used an umbrella to hit Plaintiff on her head, which caused bruising and swelling, and then Student 3 kicked her.

26. The above-described incident occurred on a Defendant District-operated bus.

27. In that same instance, Student 3 said to Plaintiff, "Black nigger girl, get off our bus."

28. The following day Student 3 took Plaintiff's full water bottle and dumped the water out onto Plaintiff's head, and the student stated, "Nigger girl, get off our bus!"

29. On April 20, 2021, Student 1 punched Plaintiff again, which resulted in more bruising and pain.

30. Plaintiff experienced severe emotional distress as a result of the above-described actions of Students 1, 2, and 3.

## COUNT I – RACIAL DISCRIMINATION AND HARASSMENT
### (Against Defendants)

31. The Plaintiff realleges and incorporates by reference its allegations to Paragraphs 1 through 28.

32. Since on or about April 8, 2021, Plaintiff has been subjected to a racially hostile school environment.

33. Defendant Principal, Mrs. Ciszewski, Mrs. Konicki, and Mrs. Keller all had knowledge that L.B. was being subjected to racial harassment and bullying.

34. Despite their knowledge, Defendant Principal, Mrs. Ciszewski, Mrs. Konicki, and Mrs. Keller did not intervene to stop the racial harassment and bullying.

35. Despite their knowledge, Defendant Principal, Mrs. Ciszewski, Mrs. Konicki, and Mrs. Keller did not follow the Defendant District's internal procedures for handling bullying of this nature.

36. As a result of Defendants' actions and lack of action, Plaintiff's classmates (Students 1, 2, and 3) continued to use racial epithets and physically assault Plaintiff, all of which occurred on school property.

37. Defendants' continued lack of action concerning the racially hostile environment compelled Plaintiff's Mother to transition Plaintiff to fully remote schooling for the sake of her emotional, psychological, and physical wellbeing.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff L.B., through her mother and next of kin, Lynette Dassinger, respectfully requests that this Court enter a judgment against each and every Defendant, granting Plaintiff the following relief:

i. The entry of judgment in favor of the plaintiff on each cause of action;

ii. The award of the requested damages in excess of $75,000;

iii. The award of costs of the suit and reasonable attorney's fees; and

iv. Such other relief as the Court deems just and proper.

**DEMAND FOR TRIAL BY JURY**

Plaintiff demands a trial by jury on all issues that are so triable.

Dated: June 29, 2021

Respectfully Submitted,

**Gianna Gizzi, No. 6332727**
**Gregory E. Kulis & Associates, Ltd.**
**30 N. LaSalle Street, Suite 2140**
**Chicago, IL 60602**
**p: (312) 580-1830 / f: (312) 580-1839**
**e: ggizzi@kulislawltd.com**

Gianna Gizzi
One of Plaintiff's Attorneys